1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  VINEET GAURI (ILSBN 6242953)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, CA 94612
        Telephone: (510) 637-3924
7       Facsimile: (510) 637-3724
        Vineet.Gauri@usdoj.gov
8
   Attorneys for Plaintiff
9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,        )   No.   4-06-70434-WDB
                                    )
14         Plaintiff,                )
                                    )
15                                  )   [PROPOSED] ORDER OF EXCLUSION OF
           v.                       )   TIME UNDER THE FEDERAL RULES OF
16                                  )   CRIMINAL PROCEDURE AND THE
   ARMANDO AGUILAR-DELGADO,         )   SPEEDY TRIAL ACT, 18 U.S.C. § 3161
17                                  )   ET SEQ.
                                    )
18         Defendant.                )
                                    )
19                                  )
   _____)
20

21                                **ORDER**

22      It is ORDERED that time is excluded under the Speedy Trial Act, and the time for

23 indictment is waived under Rules the Federal Rules of Criminal Procedure, from July 14, 2006 to

24 July 28, 2006, based on the need of defense counsel to continue investigating and effectively prepare

25 the case, taking into account the exercise of due diligence. The Court finds that the ends of justice

26 //

//

would be served by granting the continuance.

DATED: July 14, 2006

_____
HON. NANDOR VADAS
UNITED STATES MAGISTRATE JUDGE

- 2 -