1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant ARMANDO AGUILAR DELGADO
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )     No. CR-06 00532 SBA
                                       )
12              Plaintiff,             )
                                       )     STIPULATION AND ORDER
13 vs.                                 )     CONTINUING DATE FOR CHANGE OF
                                       )     PLEA AND JUDGMENT AND
14 ARMANDO AGUILAR DELGADO,            )     SENTENCING
                                       )
15              Defendant.             )
   _____)
16

17        Armando Aguilar Delgado presently is scheduled to enter a change of plea to the

18 indictment on November 14, 2006. The parties have submitted a proposed Rule 11(c)(1)(C)

19 agreement for the Court's consideration. In reviewing the draft pre-sentence report and records

20 of prior convictions, the defense has discovered that there may be errors in the offense level

21 calculation set forth in the proposed plea agreement. In light of these potential errors, as well as

22 the need to respond to similar perceived errors in the draft pre-sentence report, the parties ask

23 that the plea and sentencing hearing presently set for November 14, 2006 be continued to

24 November 28, 2006. The parties further agree that time under the Speedy Trial Act be excluded

25 based on Mr. Aguilar Delgado's need to conduct and conclude investigation of the records of his

26 prior convictions, and to discuss with the government their impact on the present plea agreement,

1  if any. The parties agree that the ends of justice outweigh the public and the defendant's
2  interest in a speedy trial, and that the failure to grant such a continuance would deny the
3  defendant reasonable time necessary for effective preparation, taking into account the exercise
4  of due diligence. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). In addition, time is excludable
5  because the Court has under consideration a proposed plea agreement. 18 U.S.C. § 3161(h)(1)(I).
6  For these reasons, IT IS STIPULATED AND AGREED that the plea and sentencing hearing
7  presently set for November 14, 2006 be continued to November 28, 2006.
8         SO STIPULATED.

10  Dated: November 1, 2006                                   /S/
                                                   _____
11                                                 JEROME E. MATTHEWS
                                                   Assistant Federal Public Defender

12                                                          /S/
    Dated: November 1, 2006                       _____
13                                                 VINEET GAURI
                                                   Assistant United States Attorney

15  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (/S/) within this e-filed document.

17         Based on the reasons provided in the stipulation of the parties above, the Court hereby
18  FINDS that there is good cause to continue the plea and sentencing hearing based on the
19  defendant's need to verify the correctness of the proposed plea agreement presently under
20  consideration, and that the ends of justice outweigh the public and the defendant's interest in a
21  speedy trial, and that the failure to grant such a continuance would deny the defendant
22  reasonable time necessary for effective preparation, taking into account the exercise of due
23  diligence. In addition, the Court presently has under consideration a proposed plea agreement.
24  ///
25  ///
26  ///

1    Based on these findings, IT IS HEREBY ORDERED that the plea and sentencing
2 hearing presently set for November 14, 2006 be continued to November 28, 2006, and that time
3 under the Speedy Trial Act be excluded from November 14, 2006 to November 28, 2006. 18
4 U.S.C. §§ 3161(h)(1)(I), (8)(A) and (B)(iv).
5    IT IS SO ORDERED.

7 Dated:   November 3, 2006            *Saundra B Armstrong*
                                       SAUNDRA BROWN ARMSTRONG
8                                      United States District Judge

STIP/ORD                    3