1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2 | BRIAN J. STRETCH (CABN 163973)
3 | Chief, Criminal Division

4 | TREVOR L. RUSIN (CABN 241940)
Special Assistant United States Attorney

5 |
6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3695
7 | Facsimile: (510) 637-3724
E-Mail: Trevor.Rusin@usdoj.gov

8 |
9 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ARMANDO AGUILAR-DELGADO,<br>Defendant. | No. CR-06-00532 SBA<br><br>Petition to Revoke Supervised Release |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ARMANDO AGUILAR-DELGADO,<br>Defendant. | No. CR-10-00425 DLJ<br><br>Indictment Filed May 27, 2010<br><br>**STIPULATION AND ORDER CONTINUING THE HEARING SET FOR FRIDAY, AUGUST 27, 2010, TO FRIDAY, SEPTEMBER 3, 2010, AND EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION** |

Defendant Armando Aguilar-Delgado is scheduled to appear on the above-entitled cases before the Hon. D. Lowell Jensen on Friday, August 27, 2010, for status. As the probation office

U.S. v. ARMANDO AGUILAR-DELGADO

has all-day training scheduled for that date, and no probation officer would be able to attend a hearing on August 27, 2010, the parties respectfully request that this court: (1) continue the hearing scheduled for August 27, 2010, to September 3, 2010, at 9:00 a.m. before the Hon. D. Lowell Jensen, and (2) exclude the time from August 27, 2010, to September 3, 2010, from the Speedy Trial Act calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) for effective preparation of counsel.  Counsel for the defendant continues to review discovery and additional research in this case.

As such, the parties stipulate, and request that the Court find and hold as follows:

    1.    That the hearing scheduled for Friday, August 27, 2010, in the above-entitled cases, be continued to Friday, September 3, 2010, at 9:00 a.m. before the Hon. D. Lowell Jensen.

    2.    Given the circumstances, the ends of justice served by excluding the period from August 27, 2010, to September 3, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial by allowing time for the defense to effectively prepare the case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

    3.    Accordingly, with the consent of both parties, the Court orders that the period from August 27, 2010, to September 3, 2010, be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED:_____  _____/s/_____
JEROME MATTHEWS
Attorney for Defendant Armando Aguilar-Delgado

DATED:_____  _____/s/_____
TREVOR L. RUSIN
Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED: August 26, 2010

_____
HON. D. LOWELL JENSEN
United States District Court Judge

U.S. v. ARMANDO AGUILAR-DELGADO